UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SLOAN GRIMSLEY and JOYCE ALBU et al.,

    Plaintiffs,

v.

RICK SCOTT et al.,

    Defendants.

Case No. 4:14-cv-00138-RH-CAS

_____

## PLAINTIFFS' ATTORNEY TIME RECORDS

Plaintiffs give notice of filing separately and under seal time records in this matter for time spent in February and March 2014. *See* N. D. Fla. Loc. R. 54.1. The attorney time recorded in this filing totals 80.2 hours.

Dated: April 15, 2014        Respectfully submitted,

**/s/ Daniel B. Tilley**
**Daniel B. Tilley**
Florida Bar No. 102882
ACLU Foundation of Florida
4500 Biscayne Blvd., Suite 340
Miami, FL 33137
(786) 363-2700
dtilley@aclufl.org

**Maria Kayanan**
Florida Bar No. 305601

**Stephen F. Rosenthal**
Florida Bar No. 131458
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, FL 33130
(305) 358-2800
srosenthal@podhurst.com

**Leslie Cooper\***
ACLU Foundation

| | |
|---|---|
| ACLU Foundation of Florida | 125 Broad Street, 18th Floor |
| 4500 Biscayne Blvd., Suite 340 | New York, New York 10004 |
| Miami, FL 33137 | (212) 549-2627 |
| (786) 363-2700 | LCooper@aclu.org |
| mkayanan@aclufl.org | |
| ATTORNEYS FOR PLAINTIFFS | *Admission to N.D. Fla. forthcoming |

**Certificate of Service**

I certify that on April 15, 2014, I electronically filed this document with the Clerk of Court using CM/ECF, which automatically serves all counsel of record via electronic transmission of Notices of Electronic Filing generated by CM/ECF.

                                              /s/ Daniel B. Tilley
                                              Daniel B. Tilley