# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 12, 2016

Jessica Lyublanovits
U.S. District Court
111 N ADAMS ST
TALLAHASSEE, FL 32301-7717

Appeal Number: 14-14061-AA   ; 14-14066 -AA
Case Style: James Brenner, et al v. John Armstrong, et al
District Court Docket No: 4:14-cv-00107-RH-CAS

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: David L. Thomas/jpc
Phone #: (404) 335-6169

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-14061-AA

_____

JAMES DOMER BRENNER, et al.,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Plaintiffs-Appellees,

versus

JOHN H. ARMSTRONG,
In His Official Capacity as Agency
Secretary for the Florida Department
of Management Services, et al.,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Defendants-Appellants.

_____

No. 14-14066-AA

_____

SLOAN GRIMSLEY, et al.,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Plaintiffs-Appellees,

versus

JOHN H. ARMSTRONG,
Surgeon General and Secretary of
Health for the State of Florida, et al.,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Defendants-Appellants.

_____

Appeals from the United States District Court
for the Northern District of Florida

_____

Before:  MARCUS, WILSON, and MARTIN, Circuit Judges.

BY THE COURT:

The "Motion for Clarification or, in the Alternative, to Transfer Consideration of *Grimsley* Appellees' Attorneys' Fees to the District Court" is GRANTED.  The issue of appellate attorneys' fees as to all parties is TRANSFERRED to the district court for its consideration, pursuant to 11th Cir. R. 39-2(d).